UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jon Carpenter**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Hacienda Plaza JPS, LLC,** a Delaware Limited Liability Company;<br>**Hacienda Plaza Investors, LLC,** a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:13-CV-08196-CBM-(MRWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL [JS-6]** |

## **ORDER**

Having read the foregoing notice and good cause appearing therefore, the Order to Show cause is vacated and this action is hereby ordered dismissed without prejudice.

Dated: May 6, 2014　　　　　　　_[signature]_____
　　　　　　　　　　　　　　　HONORABLE CONSUELO MARSHALL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE